599 A.2d 647

**Patricia A. ROSKI, Administratrix of the
Estate of Walter Roski, Deceased**

**v.**

**HALFWAY HOUSE, INC., Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1991.

Decided Nov. 22, 1991.

Richard S. March, Albert B. Gerber, Philadelphia, for appellant.

Louis Lipschitz, Joseph R. Danella, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.